*E-FILED - 7/29/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE HAMILTON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>J. RHOADS, et al.,<br><br>　　　　　Defendants. | No. C 11-0227 RMW (PR)<br><br>ORDER GRANTING PLAINTIFF'S MOTION REQUESTING CLERK TO RE-ISSUE SUMMONSES |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Presently, before the court is plaintiff's motion requesting the U.S. Marshal to re-issue summonses for defendants C. Shyates and I. Larcon.

On April 7, 2010, the court ordered service on defendants Nurse Practitioner J. Rhoads, Registered Nurse C. Shyates, Health Care Appeals Coordinator E. Talanoa, Correctional Nurse J. Chu, Health Care Appeals Coordinator D. Boyett, Warden A. Hedgpeth, and Registered Nurse I. Larcon at Salinas Valley State Prison based upon plaintiff's cognizable claims. Summonses were returned executed on defendants J. Rhoads, E. Talanoa, D. Boyett, Warden Hedgpeth and J. Chu. However, defendants C. Shyates and I. Larcon remain unserved.

On July 6, 2011, plaintiff filed a motion requesting the U. S. Marshal to re-issue summonses for defendants C. Shyates and I. Larcon stating these defendants were misidentified, and the correct spelling for these defendants are C. Shytle, Correctional Registered Nurse II, and Irwin Larico,

1  Correctional Registered Nurse.  For the foregoing reasons, the court hereby orders as follows:

2  **The clerk shall issue summonses and the United States Marshal shall serve,**
3  **without prepayment of fees, copies of the complaint in this matter (docket no. 1), all**
4  **attachments thereto, and copy of this order on Defendants C. Shytle, Correctional Registered**
5  **Nurse II, and Irwin Larico, Correctional Registered Nurse at Salinas Valley State Prison,**
6  **Soledad, CA 93960-1020.**

7  This order terminates docket number 24.

8  IT IS SO ORDERED.

9  Dated:   7/28/11

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

**United States District Court**
For the Northern District of California

Order Granting Plaintiff's Motion Requesting Clerk to Re-issue Summonses
P:\PRO-SE\SJ.Rmw\CR.11\Hamilton227reserve-marshal.wpd      2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EUGENE HAMILTON,

        Plaintiff,

  v.

T. RHOADS et al,

        Defendant.

Case Number: CV11-00227 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eugene Hamilton T-33081  
Salinas Valley State Prison  
CA State Prison-Salinas  
P O Box 1050  
Salinas, CA 93960-1050

Dated: July 29, 2011

                                      Richard W. Wieking, Clerk  
                                      By: Jackie Lynn Garcia, Deputy Clerk