***E-FILED - 8/12/11***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE HAMILTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. RHOADS, et al.,<br><br>　　　　Defendants. | No. C 11-0227 RMW (PR)<br><br>ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE THEIR DISPOSITIVE MOTION<br><br>(Docket No. 23) |

　　Plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On June 29, 2011, defendants filed an ex parte application for extension of time to file their dispositive motion. On July 22, 2011, defendants filed their motion to dismiss.

　　The court GRANTS defendants' ex parte application for extension of time. Defendants' motion to dismiss is deemed timely filed. Plaintiff's opposition to the dispositive motion is due no later than **August 22, 2011**. Defendants shall file a reply brief **fifteen (15) days** thereafter.

　　This order terminates docket no. 23.

　　IT IS SO ORDERED.

Dated:　8/12/11　　　　　　　　　　　/s/ Ronald M. Whyte
　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　United States District Judge

Order Granting Defendants' Ex Parte Application for Extension of Time to File Their Dispositive Motion
P:\PRO-SE\SJ.Rmw\CR.11\Hamilton227eot-dm.wpd