*E-FILED on 7/31/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EUGENE HAMILTON, | ) | No. C 11-0227 RMW (PR) |
| Plaintiff, | ) | |
| | ) | ORDER PROVIDING |
| v. | ) | PLAINTIFF NOTICE AND |
| | ) | WARNING |
| J. RHOADS, et al., | ) | |
| Defendants. | ) | |
| | ) | |

    Plaintiff, a California prisoner pro se, filed this civil rights action under 42 U.S.C. 1983. Defendants have filed a motion for summary judgment. Plaintiff has not yet filed an opposition. Pursuant to Woods v. Carey, No. 09-15548, slip op. 7871, 7884-85 (9th Cir. July 6, 2012), plaintiff must read the following "NOTICE -- WARNING (SUMMARY JUDGMENT)," which is provided to him for a second time pursuant to Rand v. Rowland, 154 F.3d 952, 953-954 (9th Cir. 1998) (en banc), and Klingele v. Eikenberry, 849 F.2d 409, 411-12 (9th Cir. 1988).

### NOTICE -- WARNING
### (SUMMARY JUDGMENT)

    If defendants move for summary judgment, they are seeking to have your case dismissed. A motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure will, if granted, end your case.

    Rule 56 tells you what you must do in order to oppose a motion for summary judgment. Generally, summary judgment must be granted when there is no genuine issue of material

1  fact--that is, if there is no real dispute about any fact that would affect the result of your case, the
2  party who asked for summary judgment is entitled to judgment as a matter of law, which will
3  end your case. When a party you are suing makes a motion for summary judgment that is
4  properly supported by declarations (or other sworn testimony), you cannot simply rely on what
5  your complaint says. Instead, you must set out specific facts in declarations, depositions, answers
6  to interrogatories, or authenticated documents, as provided in Rule 56(e), that contradict the facts
7  shown in the defendant's declarations and documents and show that there is a genuine issue of
8  material fact for trial. If you do not submit your own evidence in opposition, summary judgment,
9  if appropriate, may be entered against you. If summary judgment is granted, your case will be
10 dismissed and there will be no trial.

11      IT IS SO ORDERED.
12  DATED:  ï ÐÏÈÏG

*Ronald M. Whyte*

              RONALD M. WHYTE
13                United States District Judge

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order Providing Plaintiff Notice and Warning
G:\PRO-SE\SJ.Rmw\CR.11\Hamilton227woods.wpd     2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EUGENE HAMILTON,

        Plaintiff,

  v.

T. RHOADS et al,

        Defendant.

Case Number: CV11-00227 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 31, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eugene Hamilton T-33081
Salinas Valley State Prison
CA State Prison-Salinas
P O Box 1050
Salinas, CA 93960-1050

Dated: July 31, 2012

                                      Richard W. Wieking, Clerk
                                      By: Jackie Lynn Garcia, Deputy Clerk