1

2    <mark>E-FILED on 1/22/13</mark>

3

4

5

6

7                IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   EUGENE HAMILTON,                  )    No. C 11-0227 RMW (PR)
                                       )
11               Plaintiff,            )    JUDGMENT
                                       )
12       v.                            )
                                       )
13   J. RHOADS, et al.,                )
                                       )
14               Defendants.           )
                                       )
15   _____)

16       The Court has granted defendants' motion for summary judgment.  Judgment is entered

     in favor of defendants and against plaintiff.  The Clerk shall close the file.
17
         IT IS SO ORDERED.
18
     DATED: ___1/22/13_____
19                                         RONALD M. WHYTE
                                           United States District Judge
20

21

22

23

24

25

26

27

28

Judgment
P:\pro-se\sj.rmw\cr.10\Williams715jud

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


EUGENE HAMILTON,

          Plaintiff,

  v.

T. RHOADS et al,

          Defendant.

          Case Number: CV11-00227 RMW

          **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Eugene Hamilton T-33081
Salinas Valley State Prison
CA State Prison-Salinas
P O Box 1050
Salinas, CA 93960-1050

Mitchell Aaron Wrosch M

Dated: January 22, 2013

          Richard W. Wieking, Clerk
          By: Jackie Lynn Garcia, Deputy Clerk