IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EUGENE HAMILTON, | ) | No. C 11-0227 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| J. RHOADS, et al., | ) | |
| Defendants. | ) | |

The Court has granted defendants' motion for summary judgment. Judgment is entered in favor of defendants and against plaintiff. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: _____

_____
RONALD M. WHYTE
United States District Judge

Judgment
P:\pro-se\sj.rmw\cr.10\Williams715jud

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE HAMILTON,<br><br>          Plaintiff,<br><br>   v.<br><br>T. RHOADS et al,<br><br>          Defendant. | Case Number: CV11-00227 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eugene Hamilton T-33081
Salinas Valley State Prison
CA State Prison-Salinas
P O Box 1050
Salinas, CA 93960-1050

Mitchell Aaron Wrosch M

Dated: January 22, 2013

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk